**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6398**

———————

DAVID A. SUMRALL,

                              Petitioner - Appellant,

        versus

STATE OF MARYLAND,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-00-
378-MJG)

———————

Submitted:  May 11, 2000                Decided:  May 17, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David A. Sumrall, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David A. Sumrall appeals the district court's order denying relief on his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See Sumrall v. Maryland, No. CA-00-378-MJG (D. Md. Feb. 16, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on February 15, 2000, the district court's records show that it was entered on the docket sheet on February 16, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).